IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document applies to:<br>Beren v. AbbVie Inc., et al. | |

## MASTER SHORT-FORM COMPLAINT
## FOR INDIVIDUAL CLAIMS

1. Plaintiff(s), Peter L. Beren, state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

### VENUE

3. Venue for remand and trial is proper in the following federal judicial district: Northern District of California

### IDENTIFICATION OF PLAINTIFF(S)
### AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): Peter L. Beren- 1201 Brickyard Way #315, Point Richmond, CA 94801

5. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: N/A

6. Survival and/or Wrongful Death claims:

a. Name and residence of Decedent when he suffered TRT-related injuries and/or death:

N/A

b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

N/A

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state): Point Richmond, CA

8. At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state): Point Richmond, CA

9. [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date: On or around October 25, 2008

10. [Plaintiff/Decedent] discontinued TRT use on or about the following date: On or around May 19, 2014

11. [Plaintiff/Decedent] used the following TRT products:

| | | | |
|---|---|---|---|
| ☒ | AndroGel | ☐ | Striant |
| ☐ | Testim | ☐ | Delatestryl |
| ☐ | Axiron | ☐ | Other(s) (please specify): |
| ☐ | Depo-Testosterone | | |
| ☐ | Androderm | | |
| ☐ | Testopel | | |
| ☐ | Fortesta | | |

12. [Plaintiff/Decedent] is suing the following Defendants:

| | | | |
|---|---|---|---|
| ☒ | AbbVie Inc. | ☐ | Endo Pharmaceuticals, Inc. |
| ☒ | Abbott Laboratories | ☐ | Auxilium Pharmaceuticals, Inc. |
| ☒ | AbbVie Products LLC | ☐ | GlaxoSmith Kline, LLC |
| ☒ | Unimed Pharmaceuticals, LLC | | |
| ☒ | Solvay, S.A. | ☐ | Actavis plc |
| ☒ | Besins Healthcare Inc. | ☐ | Actavis, Inc. |
| ☒ | Besins Healthcare, S.A. | ☐ | Actavis Pharma, Inc. |
| | | ☐ | Actavis Laboratories UT, Inc. |
| ☐ | Eli Lilly and Company | ☐ | Watson Laboratories, Inc. |
| ☐ | Lilly USA, LLC. | ☐ | Anda, Inc. |
| ☐ | Acrux Limited | | |
| ☐ | Acrux DDS Pty Ltd. | | |
| | | | |
| ☐ | Pfizer, Inc. | | |
| ☐ | Pharmacia & Upjohn Company Inc. | | |

Other(s) (please specify): N/A

13. [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

N/A

   a. TRT product(s) distributed: N/A

   b. Conduct supporting claims: N/A

14. TRT caused serious injuries and damages including but not limited to the following:

Myocardial Infraction

15. Approximate date of TRT injury: April 11, 2013

### ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

- [X] Count I – Strict Liability – Design Defect
- [X] Count II – Strict Liability – Failure to Warn
- [X] Count III – Negligence
- [X] Count IV – Negligent Misrepresentation
- [X] Count V – Breach of Implied Warranty of Merchantability
- [X] Count VI – Breach of Express Warranty
- [X] Count VII – Fraud
- [X] Count VIII – Redhibition
- [X] Count IX – Consumer Protection
- [X] Count X – Unjust Enrichment
- [ ] Count XI – Wrongful Death

- ☐ Count XII – Survival Action
- ☐ Count XIII – Loss of Consortium
- ☒ Count XIV – Punitive Damages
- ☒ Prayer for Relief
- ☐ Other State Law Causes of Action as Follows:_____

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the 7th day of April, 2015.

                        RESPECTFULLY SUBMITTED
                        ON BEHALF OF THE PLAINTIFF(S),


                        /s/ Jason P. Johnston
                        Signature

*Attorneys for Plaintiff*    Jason P. Johnston, Esq. (MN# 391206)
                        Genevieve M. Zimmerman, Esq. (MN# 330292)
                        MESHBESHER & SPENCE, LTD.
                        1616 Park Avenue
                        Minneapolis, MN 55404
                        Phone# (612) 339-9121
                        Email: jjohnston@meshbesher.com
                        Email: gzimmerman@meshbesher.com